# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 2:24-cr-20045-MSN-1

CALVIN WATKINS,

    Defendant.

## ORDER TRANSFERRING CASE

The undersigned Court requests that this case be reassigned to the Honorable Judge Thomas L. Parker. Accordingly, the Clerk is directed to reassign this case to United States District Judge Thomas L. Parker.

**IT IS SO ORDERED**, this 26th day of June, 2025.

                                                  *s/ Mark S. Norris*
                                                  MARK S. NORRIS
                                                  UNITED STATES DISTRICT JUDGE